## Eva E. LEIMER, Appellant, v. STATE MUTUAL LIFE ASSURANCE COMPANY, a Corporation.

No. 11991.

Circuit Court of Appeals, Eighth Circuit.

April 27, 1942.

Walter A. Leimer, of Kansas City, Mo., for appellant.

Richard S. Righter and Horace F. Blackwell, Jr., both of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court, 1 F.R.D. 386, dismissed at cost of appellant, on motion of appellee.